IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRY LEON ADAIR, JR.,<br><br>Defendant. | Case No.   4:19-MJ-166<br><br>GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT |

COMES NOW, the United States of America, by and through the undersigned counsel, and states the following:

On March 22, 2019, United States Magistrate Judge Helen C. Adams issued a criminal complaint and arrest warrant for BARRY LEON ADAIR, JR. for violations of Title 21, United States Code, Sections 846 and 841(b)(1)(C). The omnibus affidavit filed in support of this criminal complaint identified fourteen other people for whom the government was seeking criminal complaints and arrest warrants. Of those fourteen other people, thirteen were arrested on March 27, 2019, and had initial appearances on the issued criminal complaints. As those complaints and supporting omnibus affidavit have been unsealed, the government does not believe it necessary for the criminal complaint, supporting affidavit, and arrest warrant to remain sealed in this case.

WHEREFORE, the government requests the Court unseal the criminal complaint, supporting affidavit, and arrest warrant in this case.

        Respectfully submitted,

        Marc Krickbaum
        United States Attorney

By:    /s/ *Mikaela J. Shotwell*
        Mikaela J. Shotwell
        Assistant United States Attorney
        U.S. Courthouse Annex, Suite 286
        110 E. Court Avenue
        Des Moines, Iowa 50309
        Phone: (515) 473-9300
        Email: mikaela.shotwell@usdoj.gov